<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7283**

CHARLES R. TURNER,

　　　　　　　　　Plaintiff – Appellant,

　　　　v.

STEPHEN M. HERRICK, Director/Doctor/Acting Director; DOCTOR
DECOCCI; ABERNATHY, Head Nurse/RN,

　　　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Claude M. Hilton, Senior
District Judge. (1:10-cv-00871-CMH-JFA)

Submitted: February 9, 2012　　　Decided: February 14, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles R. Turner, Appellant Pro Se. Rachel Joan Baer, Allyson
Kurzmann Tysinger, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS &
MOSES, PC, Staunton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turner v. Herrick, No. 1:10-cv-00871-CMH-JFA (E.D. Va. Aug. 3, 2011). We deny Turner's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED